No. 75–1404. Do-Right Auto Sales et al. v. United States Court of Appeals for the Seventh Circuit et al. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 76–257. Ratcliff v. United States District Court for the Southern District of Texas. Motion for leave to file petition for writ of mandamus denied.

No. 76–348. Jenneman et ux. v. Dawson et al., Judges. Motion for leave to file petition for writ of prohibition denied.

No. 76–208. Nyquist, Commissioner of Education of New York, et al. v. Mauclet et al. Appeal from D. C. W. D. and D. C. E. D. N. Y. Probable jurisdiction noted.

No. 76–120. United States v. Martin Linen Supply Co. et al. C. A. 5th Cir. Certiorari granted.

No. 76–333. United Air Lines, Inc. v. Evans. C. A. 7th Cir. Certiorari granted.

No. 76–5382. Darden v. Florida. Sup. Ct. Fla. Motion for leave to proceed in forma pauperis and certiorari granted.

No. 75–1280. Barket v. United States. C. A. 8th Cir. Certiorari denied.

No. 75–1623. Brown v. Lundgren, Warden. C. A. 5th Cir. Certiorari denied.

No. 75–1761. Hilton v. United States. C. A. 3d Cir. Certiorari denied.